```
         UNITED STATES DISTRICT COURT
           DISTRICT OF NEW JERSEY
                  TRENTON


            Minutes of Proceedings
             JUDGE JOEL A. PISANO
```

  DATE OF PROCEEDING: 01/13/2010
  CRIMINAL DOCKET NO. 09-856(JAP) 03&04

COURT REPORTER : Joanne Caruso
COURTROOM DEPUTY: Dana Sledge

TITLE OF CASE:
USA vs. John T.C. Yeh, et al.,

APPEARANCES:
DOJ Trial Attorney - Hank Bond Walther
CJA - Allen Orenberg, Esq., for deft, Anthony Mowl
Retd - Christopher Hostage, Esq., for deft, Donald Tropp
Stephen Toth & Don Rubel, interpreters sworn.
Anthony Mowl, deft sworn.
Donald Tropp, deft sworn.

NATURE OF PROCEEDINGS:
Retracted plea hearing held on the Indictment.

Retraction:
Both defendants indicated that a sign language interpreter is necessary for their proceeding.
Defendants retracted pleas of not guilty heretofore entered & pled guilty to count 4 of the Indictment.
Plea Agreement & the Rule 11 forms filed.
Ordered sentence date set for 06/28/2010 at 10:30 a.m.
Ordered bail continued.
Referral form completed.

TIME COMMENCED  10:30 a.m. TIME ADJOURNED  12:00 p.m.

  s/Dana Sledge, Courtroom Deputy