### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### --Trenton Division--

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
|                           ) | |
| v.                        ) | Cr. No. 09-856 (JAP) |
|                           ) | |
|                           ) | |
| ANTHONY MOWL              ) | |

### ORDER

This matter is before the Court on defendant Anthony Mowl's motion for authorization of International Travel, and for good cause shown, it is this 3d day of Feb 2010,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED**.

Accordingly, defendant Anthony Mowl is permitted to travel to/from his residence to/from the country of Aruba, between March 11, 2010, and March 17, 2010.

The United States Pre-Trial Services Agency is directed to return to the defendant his United States Passport, on or before March 8, 2010, for the limited purpose of this trip to/from Aruba.

The defendant is ordered to contact his attorney, Allen H. Orenberg, on a daily basis via e-mail, while the defendant is outside the United States,

Within 24 hours of his return to the United States on March 17, 2010, the defendant is ordered to contact his United States Pre-Trial Services Officer, and his

counsel, Allen H. Orenberg, notifying both that he has indeed returned to the United States. Within 72 hours of his return to the United States on March 17, 2010, the defendant is ordered to return his United States Passport to the United States Pre-Trial Services Agency.

**SO ORDERED.**

_____
Judge, U. S. District Court for the
District of New Jersey

Copies to:

Allen H. Orenberg,
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, Maryland  20852
aorenberg@orenberglaw.com


AUSA Brigham Cannon
U.S. Attorney's Office
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C.  20530
brigham.cannon@usdoj.gov


U.S. Probation Officer Robert Hott
U.S. Pre-Trial Services Agency
United States Courthouse
217 West King Street
Martinsburg, West Virginia 25401
Fax No. 304-263-7693
E-Mail: robert_hott@wvnp.uscourts.gov